AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HODGES, GEORGE R. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE, Retired/Recalled | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
401 West Trade Street
CHARLOTTE, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationwide Ins. Co. | Triangle Properties Assoc. LLC secured by shopping center in Hickory, NC | P1 |
| 2. | Nationwide Ins. Co. | Note by JM Wallace Land Co. secured by shopping center in Iredell County, NC | P1 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sonoco Products | C | Dividend | M | T | | | | | |
| 2. Morgan Stanley int. bearing demand accts. | A | Int | | | | 04/23/14 | J | | Merrill Lynch |
| 3. Merrill Lynch int. bearing demand acct. | A | Interest | J | T | Open | 04/23/14 | | | Morgan Stanley |
| 4. IRA - MSDW Liquid Asset Fund | | None | | | Closed | 05/15/14 | K | A | Merrill Lynch |
| 5. IRA - Baxter Int'l. | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 6. IRA - Apple Inc. | | None | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 7. IRA - IShares IBOXX | A | Dividend | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 8. IRA - Danaher Corp. | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 9. IRA - General Electric | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 10. IRA - Ishares MSCI Emerging Mkt | A | Dividend | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 11. IRA - Chevron | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 12. IRA - Textron Inc. | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 13. IRA - Buffalo Small Cap Fund | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 14. IRA - Cohen + Steers Gbl Inf. A | A | Dividend | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 15. IRA - Goldman Sachs Sm Cap Val A | A | Distribution | | | Sold | 05/14/14 | K | A | Merrill Lynch |
| 16. IRA - Ivy Small Cap GRW A | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 17. IRA - Nuveen Trade Val. Op. A | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA - Royce Op.. Svc | | None | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 19. IRA - Cerner Corp. | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 20. IRA - Thermo Fischer Sci Inc. | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 21. Bristol Myers Squibb | B | Dividend | L | T | | | | | |
| 22. Oracle Corp. | B | Dividend | M | T | | | | | |
| 23. Lincoln Nat'l. Corp. | B | Dividend | L | T | | | | | |
| 24. Altria Group | B | Dividend | K | T | | | | | |
| 25. Kraft Foods | A | Dividend | | | Sold | 05/14/14 | J | D | Merrill Lynch |
| 26. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 27. IRA -- Alexion Pharm | | None | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 28. IRA -- HCA Holdings | | None | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 29. IRA -- Carefusion Corp. | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 30. IRA -- Borg Warner | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 31. IRA -- Gilead Science | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 32. IRA -- Biogen IDEC Inc. | | None | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 33. IRA -- Franklin Inc. Adv. | B | Interest | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 34. IRA -- Prudential Sht Dur Hi Yld | C | Interest | | | Sold | 05/15/14 | K | A | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA -- JPMorgan Chase | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 36. IRA -- Power Shares Wat Res | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 37. IRA -- Williams Co. | A | Dividend | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 38. IRA -- Actavis, PLC (formerly Watson Pharm) | A | Dividend | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 39. IRA -- Google Inc. CLA | | None | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 40. IRA -- Wm Blair Intl Gwth | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 41. IRA -- Nucor Corp | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 42. IRA -- Prudential Gbl RE | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 43. Mondelez Intl | A | Dividend | | | Sold | 05/15/14 | K | D | Merrill Lynch |
| 44. IRA -- MS Emergin M KT Debt | A | Interest | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 45. Merck | C | Dividend | M | T | | | | | |
| 46. Coca Cola Bot. Consol. | A | Dividend | | | Sold | 05/14/14 | K | D | Merrill Lynch |
| 47. Microsoft | D | Dividend | N | T | | | | | |
| 48. Intel | A | Dividend | | | Sold | 05/14/14 | J | B | Merrill Lynch |
| 49. Spectra Energy | A | Dividend | | | Sold | 05/14/14 | J | D | Merrill Lynch |
| 50. Duke Energy Holding Co. | A | Dividend | K | T | | | | | |
| 51. General Electric Co. | C | Dividend | L | T | Buy (add'l) | 02/04/14 | K | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HODGES, GEORGE R.** | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Phoenix Cos. | B | Dividend | | | Sold | 01/31/14 | K | F | Barry, Evans |
| 53. Philip Morris Int'l. Inc. | C | Dividend | L | T | | | | | |
| 54. ML CMA demand deposit | A | Interest | L | T | | | | | |
| 55. N Carolina Estn MPA Sys | A | Interest | J | T | | | | | |
| 56. CSX Corp. | A | Dividend | K | T | Buy | 02/14/14 | K | | Merrill Lynch |
| 57. IBM Corp. | A | Dividend | K | T | Buy | 12/17/14 | K | | Merrill Lynch |
| 58. Nash Hlth Cre Sys NCHCF | B | Interest | L | T | | | | | |
| 59. Berkshire Hathaway CLB | | None | M | T | | | | | |
| 60. N. Car. MCC. Healthcare | B | Interest | L | T | | | | | |
| 61. Johnson + Johnson | B | Dividend | L | T | | | | | |
| 62. American Balanced Fund | C | Interest | M | T | | | | | |
| 63. American Fundamental | B | Interest | M | T | | | | | |
| 64. First Eagle Overseas FD | | None | L | T | | | | | |
| 65. First Eagle Global FD | | None | L | T | | | | | |
| 66. JPMorgan Inc. Bldr. FD | B | Interest | L | T | | | | | |
| 67. IRA - Cash/Money Mkt. | A | Interest | J | T | | | | | |
| 68. IRA - American Capital Wld Fund | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IRA - American Cap Inc. Bldr. | C | Interest | L | T | | | | | |
| 70. IRA - American Growth Fund | A | Interest | L | T | | | | | |
| 71. 529 College Amer. Fund | B | Dividend | L | T | | | | | |
| 72. N. Car. MCC HCF | B | Interest | L | T | Buy | 01/14/14 | L | | Merrill Lynch |
| 73. American AMCAP 529A | A | Dividend | K | T | | | | | |
| 74. American BDFD 529A | A | Dividend | J | T | | | | | |
| 75. American CAP WRLD G&I 529A | A | Dividend | J | T | | | | | |
| 76. Cisco Sys | C | Dividend | M | T | Buy (add'l) | 05/14/14 | K | | Merrill Lynch |
| 77. Emerson Elec | B | Dividend | L | T | | | | | |
| 78. Nucor Corp. | B | Dividend | K | T | | | | | |
| 79. American EUROPACIFIC 529A | A | Dividend | K | T | | | | | |
| 80. American GR FD of Amer 529A | A | Dividend | K | T | | | | | |
| 81. Amer. SMALLCAP World 529A | A | Dividend | K | T | | | | | |
| 82. Amer. WA Mutual 529A | A | Dividend | J | T | | | | | |
| 83. IRA -- 3-D Systems | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 84. IRA -- Lockheed Martin | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 85. IRA -- Lyondellbasell | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA -- Sigma Aldrich | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 87. IRA -- Stratasys Ltd. | | None | | | Sold | 05/15/14 | J | A | Merrill Lynch |
| 88. IRA -- Terex | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 89. IRA -- Tyco Int'l | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 90. IRA -- United Technologies | A | Dividend | | | Sold | 05/15/14 | K | A | Merrill Lynch |
| 91. IRA -- Shroder Emerg. Mkt. | A | Dividend | | | Sold | 12/10/14 | K | A | Merrill Lynch |
| 92. Barrick Gold Corp. | A | Dividend | | | Sold | 12/17/14 | J | A | Merrill Lynch |
| 93. IRA -- BOA RASP | A | Interest | K | T | Buy | 05/15/14 | K | | Merrill Lynch |
| 94. IRA -- Vornado Real. Tr. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 95. IRA -- Albemarle Corp. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 96. IRA -- Altria Group | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 97. IRA -- Blackrock, Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 98. IRA -- Bristol My. Sq. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 99. IRA -- Carnival Corp. Pr. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 100. IRA -- Chevron Corp. | A | Dividend | J | T | Buy | 10/01/14 | J | | Merrill Lynch |
| 101. IRA -- Cinn. Fin. Crp. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 102. IRA -- Cisco Sys. Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA -- Coca Cola Com | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 104. IRA -- Conoco Phillips | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 105. IRA -- Corning Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 106. IRA -- Corr. Corp. Am. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 107. IRA -- Dominion Res. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 108. IRA -- Duke Energy | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 109. IRA -- Eli Lilly | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 110. IRA -- Fed. Investors B | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 111. IRA -- Gen. Dynamics | A | Dividend | K | T | Buy | 05/15/14 | K | | Merrill Lynch |
| 112. IRA -- Hasbro Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 113. IRA -- Intel Corp. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 114. IRA -- IBM Corp. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 115. IRA -- Kinder Morgan | A | Dividend | K | T | Buy | 05/15/14 | K | | Merrill Lynch |
| 116. IRA -- Lorillard Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 117. IRA -- Lowes Cos. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 118. | | | | | Sold (part) | 07/07/14 | J | A | Merrill Lynch |
| 119. IRA -- Microsoft | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IRA -- Newmarket Corp. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 121.  IRA -- Paychex Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 122.  IRA -- Pfizer Inc. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 123. | | | | | Sold (part) | 07/07/14 | J | A | Merrill Lynch |
| 124.  IRA -- Reynolds Am. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 125.  IRA -- Mosaic Co. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 126.  IRA -- Verizon Commun. | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 127.  IRA -- Wells Fargo & Co. | A | Dividend | K | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 128.  IRA -- Windstream Hold. | B | Dividend | K | T | Buy | 06/30/14 | J | | Merrill Lynch |
| 129.  IRA -- Del. Value Fd. | B | Dividend | M | T | Buy | 05/15/14 | M | | Merrill Lynch |
| 130.  IRA -- Eaton Vance ATL | C | Dividend | L | T | Buy | 05/15/14 | L | | Merrill Lynch |
| 131.  IRA -- IShares Russell | D | Dividend | M | T | Buy | 05/15/14 | M | | Merrill Lynch |
| 132.  IRA -- Loomis Sayles Bed. Fd. | E | Dividend | N | T | Buy | 05/15/14 | N | | Merrill Lynch |
| 133.  IRA -- MFS Int'l Value | C | Dividend | M | T | Buy | 05/15/14 | M | | Merrill Lynch |
| 134.  IRA -- Johnson & Johnson | A | Dividend | J | T | Buy | 05/15/14 | J | | Merrill Lynch |
| 135. | | | | | Sold | 06/30/14 | J | A | Merrill Lynch |
| 136.  SX5E Stepup 4/15 | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SX5E Stepup 10/16 | | None | K | T | | | | | |
| 138. IRA - BB&T variable rate time investment | A | Dividend | K | T | | | | | |
| 139. BB&T demand deposit | A | Interest | N | T | | | | | |
| 140. Morgan Stanley - Liquid Assets Acct. | A | Interest | | | Closed | | N | | Merrill Lynch |
| 141. Merrill Lynch CMA | A | Interest | N | T | Open | 04/23/14 | N | A | Merrill Lynch |
| 142. Coca Cola Co. | D | Dividend | N | T | | | | | |
| 143. Spectra Energy | B | Dividend | L | T | | | | | |
| 144. Duke Energy Corp. | D | Dividend | M | T | Buy (add'l) | 02/05/14 | K | | Morgan Stanley |
| 145. Exxon/Mobil Corp. | E | Dividend | O | T | Donated (part) | | | | |
| 146. General Electric Co. | D | Dividend | N | T | | | | | |
| 147. International Paper Co. | C | Dividend | M | T | | | | | |
| 148. Harris Teeter Suprmkt | | None | | | Sold | 01/29/14 | L | D | Kroger Co. |
| 149. Sonoco Products | C | Dividend | M | T | | | | | |
| 150. Schlumberger, Ltd. | A | Dividend | L | T | | | | | |
| 151. Merck Co. | D | Dividend | M | T | | | | | |
| 152. Triangle Properties Assoc., LLC | G | Distribution | P1 | U | | | | | |
| 153. J.M. Wallace Land Co., LLC | G | Distribution | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SX5E Stepup 8/17 | | None | L | T | Buy | 08/28/14 | L | | Merrill Lynch |
| 155. East Mecklenburg Co. | G | Distribution | O | U | | | | | |
| 156. The Mason Wallace Co., LLC | G | Distribution | P1 | U | | | | | |
| 157. Indian Land, SC Investment Real Estate | | None | N | W | | | | | |
| 158. Microsoft | D | Dividend | N | T | | | | | |
| 159. McDonalds Corp. | D | Dividend | M | T | | | | | |
| 160. Verizon Comm. | D | Dividend | M | T | | | | | |
| 161. AT&T | D | Dividend | M | T | | | | | |
| 162. Phillips 66 | B | Dividend | L | T | | | | | |
| 163. Pfizer | D | Dividend | M | T | Buy (add'l) | 02/05/14 | K | | Morgan Stanley |
| 164. Chevron Corp. | D | Dividend | M | T | | | | | . |
| 165. Express Scripts Hldg (formerly Medco) | | None | K | T | | | | | |
| 166. Conoco Phillips | D | Dividend | M | T | | | | | |
| 167. Tradewinds Global Inv. Fund | C | Dividend | | | Sold | 05/14/14 | O | A | Merrill Lynch |
| 168. MS Emerging Mkts. Debt. | D | Dividend | | | Sold | 04/23/14 | M | A | Merrill Lynch |
| 169. Baxter Int'l. | D | Dividend | M | T | Buy (add'l) | 02/05/14 | K | | Morgan Stanley |
| 170. Bristol Myers Squibb | D | Dividend | M | T | Buy (add'l) | 02/05/14 | K | | Morgan Stanley |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Dominion Res. | D | Dividend | M | T | | | | | |
| 172. Veritiv Corp. | | None | | | Sold | 07/02/14 | K | A | Int'l Paper |
| 173. SX5E Stepup | | None | L | T | Buy | 09/05/14 | L | | Merrill Lynch |
| 174. Emerson Electric | A | Dividend | K | T | Buy | 12/22/14 | K | | Merrill Lynch |
| 175. IBM | A | Dividend | K | T | Buy | 12/22/14 | K | | Merrill Lynch |
| 176. Nucor Corp. | A | Dividend | K | T | Buy | 12/22/14 | K | | Merrill Lynch |
| 177. Lockheed Martin | D | Dividend | M | T | Buy (add'l) | 02/05/14 | K | | Morgan Stanley |
| 178. Nuveen Hi YLD Muni Bond C | B | Interest | | | Sold | 05/14/14 | M | A | Merrill Lynch |
| 179. Lowes Cos. | C | Dividend | N | T | | | | | |
| 180. Pepsico | C | Dividend | M | T | Buy (add'l) | 02/05/14 | K | A | Morgan Stanley |
| 181. Hatteras Alpha Hdgd. FD | | None | | | Sold | 05/14/14 | M | A | Merrill Lynch |
| 182. MFS Muni High Inc. FD | B | Dividend | | | Sold | 05/14/14 | M | A | Merrill Lynch |
| 183. INTER VIVOS TRUST Dtd 11-22-89 | | None | L | T | | | | | |
| 184. John Hancock Life Insurance Policy: | | None | M | T | | | | | |
| 185. BB&T Demand Deposit Account | A | Interest | J | T | | | | | |
| 186. Prudential Financial | A | Dividend | K | T | | | | | |
| 187. NY Life Fixed Annuity | D | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HODGES, GEORGE R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. AmEuro Pacific FD | B | Dividend | L | T | Buy | 12/10/14 | L | | Merrill Lynch |
| 189. Artisan Int'l FD | B | Dividend | M | T | Buy | 05/19/14 | M | | Merrill Lynch |
| 190. Fst. Eagle Global FD | A | Dividend | M | T | Buy | 05/19/14 | M | | Merrill Lynch |
| 191. Mainstay Epoch Gbl. FD | A | Dividend | M | T | Buy | 12/10/14 | M | | Merrill Lynch |
| 192. Schroder Abs. Rtn FD | B | Dividend | M | T | Buy | 05/19/14 | M | | Merrill Lynch |
| 193. Wells Fargo Adv. Abs FD | C | Dividend | M | T | Buy | 05/19/14 | M | | Merrill Lynch |
| 194. Allianzgi NFJ Int. Val FD | A | Dividend | M | T | Buy | 05/19/14 | M | | Merrill Lynch |
| 195. | | | | | Sold | 12/10/14 | M | A | Merrill Lynch |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. POSITIONS

Trustee   Inter Vivos life insuarnce trust dated 11-22-89.

VII.  INVESTMENTS and TRUSTS

Conflicts:  I do not handle any disputes involving any company in which stock is owned (individually and as Trustee).  Also, I do not handle any disputes involving closely held businesses or anything related thereto.  Those matters are assigned to the other bankruptcy judges in the Western District of North Carolina. I no longer have a conflict on matters involving Bank of America, since my ▮▮▮▮▮ retirement from it.  The Committee on Codes of Conduct has determined that that is not a conflict for my hearing disputes involving BB&T on account of a ▮▮▮▮▮▮▮ involvement on a "local board" of the bank.

Note:  Income is received from several closely held family corporations including East Mecklenburg Corp. ("S" corporation), The Mason Wallace Co., LLC, J.M. Wallace Land Co., LLC, and Triangle Properties Associates, LLC, and real property owned in common.  This is in the nature of investment income and is reported in PART VII.  The corporations buy, sell and own real estate, but the stockholders do not control any of those decisions or assets individuallly.

I own two cows that produce calves that I sell.  The cows have a value of 1,000.  During 2014, I sold two calves at the Upstate Livestock Market for a total of $2,023.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE R. HODGES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544